UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Woldt,

    Plaintiff,

v.

Murray County Medical Center et al,

    Defendants.

Civil 13-1145 JRT/FLN

O R D E R

---

  Based upon the agreement of the parties all previously imposed deadlines are extended for 10 days.

DATED: September 10, 2014      _s/Franklin L. Noel_
                  FRANKLIN L. NOEL
                  United States Magistrate Judge