## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel Woldt, | Civil Action No. 13-CV-01145 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| Murray County Medical Center, and Meldon Snow, individually, | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT MELDON SNOW WITHOUT PREJUDICE** |
| Defendants. | |

**PLAINTIFF HEREBY SUBMITS NOTICE** that all claims by Plaintiff against Defendant Meldon Snow may be and hereby are dismissed on the merits without prejudice, without costs or disbursements to any party, and that a judgment of dismissal without prejudice and on the merits may be entered on all claims against Defendant Snow.

**NICHOLS KASTER, PLLP**

Dated: September 26, 2014       By s/Bonnie M. Smith
    James H. Kaster (License #53946)
    Bonnie M. Smith (License #0391915)
*Attorneys for Plaintiff Daniel Woldt*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
kaster@nka.com
bsmith@nka.com