# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

DANIEL WOLDT,                                              Civil No. 13-1145 (JRT/FLN)

                                    Plaintiff,

vs.

                                                          **ORDER OF DISMISSAL**

MURRAY     COUNTY     MEDICAL
CENTER, et al,

                                    Defendants.

---

Bonnie Smith, David Schlesinger, James Kaster, **NICHOLS KASTER, PLLP,** 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402-2242, for plaintiff.

Laurel Pugh, Gregory Bulinski, Jonathan Norrie, Laura McKnight, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402-3707, for defendant Meldon Snow.

This matter is before the Court on the Notice of Voluntary Dismissal of Claims against Meldon Snow Without Prejudice filed by the plaintiffs on September 26, 2014 [Docket No. 57], and based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff against Meldon Snow in the above-entitled action are hereby **DISMISSED WITHOUT PREJUDICE** and on the merits, without cost to any of the parties hereto.

Dated: October 22, 2014
at Minneapolis, Minnesota             s/John R. Tunheim_____
                                      JOHN R. TUNHEIM
                                      United States District Judge